UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Lawrence K. Karlton
Senior United States District Judge
Sacramento, California

                RE:    Peter Thomas BROWNSON
                        Docket Number:   2:99CR00017-01
                        PERMISSION TO TRAVEL
                        <u>OUTSIDE THE COUNTRY</u>

Your Honor:

The releasee is requesting permission to travel to Mexico.  Peter Brownson has been supervised in the District of Colorado since his release from custody on March 6, 2006. The supervising officer reports the releasee is current with all supervision obligations, and recommends approval be granted.

**Conviction and Sentencing Date:** On April 30, 2002, Peter Brownson was sentenced for the offense(s) of 21 USC 846 and 841(a)(1) - Conspiracy to Manufacture, Possess with Intent to Distribute and Distribution of Marijuana, Class B Felony; 18 USC 853(a) - Forfeiture.

**Sentence imposed:**  60 months custody of the Bureau of Prisons; 5-year term of supervised release; $100 special assessment.  **Special conditions include:** Search; Financial disclosure; Drug/alcohol treatment and testing; No pager/cell phone; Copay for treatment or testing; Register as drug offender; Report all vehicles owned or operated.

**Dates and Mode of Travel:**  March 17, 2007 through March 23, 2007.

**Purpose:**  Vacation with family.

RE:  Peter Thomas BROWNSON
     Docket Number:  2:99CR00017-01
     **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Based on the foregoing, it is the undersigned's request that Your Honor grant the above-noted travel.  In addition, it is also requested Your Honor provide the probation officer with the discretion to authorize any further travel by the offender to Mexico, without further Court notification.  If allowed to travel out of the country under the following noted conditions, the offender will be instructed to report to the United States Department of Homeland Security (or other appointed border security officials) upon his entry and exit from Mexico.

                    Respectfully Submitted,
                    /s/ Phil R. Hendley, Jr.
                    **Phil R. Hendley, Jr.**
                    **United States Probation Officer**


**DATED:**   February 26, 2007
             Modesto, California
             PRH:lr


**REVIEWED BY:**    /s/ Deborah A. Spencer
                    **DEBORAH A. SPENCER**
                    **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved _____✔_____           Disapproved _____

                                 /s/ Lawrence K. Karlton

 February 26, 2007               
**Date**                          **Honorable Lawrence K. Karlton**
                                  **Senior United States District Judge**