# RECOMMENDATION TERMINATING
# SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**   )
                               )
                  **vs.**      )   **Docket Number:  2:99CR00017-01**
                               )
**Peter Thomas BROWNSON**      )
                               )

## LEGAL HISTORY:

On April 30, 2002, the above-named was sentenced to 60 months custody in the Bureau of Prisons to be followed by a term of supervised release for a period of 5 years, which commenced on March 6, 2006. Special conditions included: a requirement for Search, Financial disclosure, Drug/alcohol testing and treatment, Co-payment for treatment/testing; Register as a drug offender; Do not possess pager/cellular telephone without permission; and Report all vehicles owned or operated.

## SUMMARY OF COMPLIANCE:

Mr. Brownson has been supervised in the District of Colorado. They report he has complied with all conditions and special conditions of supervised release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that he has derived maximum benefit from supervision and is not in need of continued supervision.

**RE:   Peter Thomas BROWNSON**
        **Docket Number:   2:99CR00017-01**
        **RECOMMENDATION TERMINATING**
        **SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

**RECOMMENDATION:**

It is, therefore, respectfully recommended that supervised release in this case be terminated early.

                                Respectfully submitted,


                                /s/ Deborah A. Spencer
                                **DEBORAH A. SPENCER**
                                **Supervising United States Probation Officer**

Dated:        October 30, 2007
              Elk Grove, California
              DAS/cj


cc:    AUSA Robert M. Twiss (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**            ) <br>                                                                  ) <br>            vs.                                              ) <br>                                                                  ) <br> **Peter Thomas BROWNSON**                ) <br>                                                                  ) | **Docket Number: 2:99CR00017-01** |

On March 6, 2006, the above-named was placed on supervised release for a period of 5 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Deborah A. Spencer
**DEBORAH A. SPENCER
Supervising United States Probation Officer**

Dated:       October 30, 2007
                 Elk Grove, California
                 DAS/cj

**RE:   Peter Thomas BROWNSON**
**     Docket Number:   2:99CR00017-01**
**     ORDER TERMINATING SUPERVISED RELEASE**
**     <u>PRIOR TO EXPIRATION DATE</u>**

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

<u>November 26, 2007</u>
**Date**

                                      **Lawrence K. Karlton**
                                      **Senior United States District Judge**

DAS/cj
Attachment:   Recommendation
cc:   United States Attorney's Office